

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00061-CR

BILLY KEITH BASYE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-16-25833

Before Morriss, C.J., Burgess and Moseley,* JJ.
Memorandum Opinion by Justice Burgess

*Bailey C. Moseley, Justice, Retired, Sitting by Assignment

# MEMORANDUM OPINION

Billy Keith Basye appeals from his conviction of manslaughter and his resulting sentence of ten years' confinement in prison.[1]  Basye filed a single brief in which he raises issues identical to those raised in his appeal in our cause number 06-18-00060-CR.  Specifically, Basye contends that the trial court erred (1) when it denied his motion for mistrial following what he contends was an argument by the State that was calculated to comment on his constitutional right to remain silent and (2) when it overruled his objection to the State's closing argument, which he contends included facts outside of the record.

We addressed these issues in detail in our opinion of this date in Basye's appeal in cause number 06-18-00060-CR.  For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Ralph K. Burgess
Justice

Date Submitted:    December 21, 2018
Date Decided:    January 14, 2019

Do Not Publish

---

[1]The State's indictment against Basye stated, in part, that on March 6, 2016, in Fannin County,
> **BILLY KEITH BASYE**, Defendant, did then and there recklessly cause the death of an individual, namely Rachel Roberts, by operating his motor vehicle, a deadly weapon, in an unsafe manner by failing to maintain the proper lane of travel, by failing to maintain a proper lookout for traffic and road conditions, by failing to maintain a single lane of traffic, and/or by changing lanes in an unsafe manner.